Acknowledged:
Date: 8/18/2016

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | | |
|---|---|---|
| Rebekah Tinsley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-cv-1605-SEB-MPB |
| | ) | |
| Central Credit Services, Inc., a Florida | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the

dismissal of her claims against the Defendant, with prejudice.

Dated:  August 17, 2016

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 17, 2016, a copy of the foregoing **Notice of Voluntary Dismissal With Prejudice** was filed electronically.  Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on August 17, 2016.

Michael D. Slodov
Sessions, Fishman, Nathan & Israel
15 E Summit Street
Chagrin Falls, Ohio 44022


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com